JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-419-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON |
| vs. | ) | STIPULATED MOTION TO EXTEND |
| | ) | TIME TO FILE INDICTMENT |
| JUAN GUEVARA-VIELMA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

_

    The parties having stipulated and agreed to an extension of time within which an indictment must be filed in this matter, the Court having concluded that such an extension should be ordered for the reasons set forth in the parties' stipulation, and the Court finding that the ends of justice served by this extension of time outweigh the interest of the public in a speedy indictment,

    IT IS HEREBY ORDERED that the time within which an indictment must be filed in this matter is extended from December 26, 2005 to January 26, 2006.

    DATED this 16th day of December, 2005.

*Mvt S Lasnik*

Robert S. Lasnik
United States District Judge

ORDER ON STIPULATED MOTION
TO EXTEND TIME TO FILE INDICTMENT - 1
(Juan Guevara-Vielma CR05-419-RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington**
**(206) 553-1100**